## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Salvatore Lombardo aka Sal Lombardo aka Salvatore Lombardo aka Salvatore Lombardo, Jr. | CHAPTER 7 |
| | BKY. NO. 20-13935 PMM |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                                      Respectfully submitted,

                                      /s/Rebecca A. Solarz
                                      Rebecca Solarz
                                      05 Oct 2020, 11:42:04, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322