United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-13935-pmm

Salvatore Lombardo                                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore Lombardo, 435 Schoeneck Avenue, Nazareth, PA 18064-9238 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14546363 | + | Brown & Joseph LLC, One Pierce Place - Suite 700W, Itasca, IL 60143-2606 |
| 14547258 | + | CAB East LLC/Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 14546368 | + | Kilareski Orthodontics, 134 Washington Street, East Stroudsburg, PA 18301-2819 |
| 14546369 | + | Maria Lombardo, 435 Shoeneck Avenue, Nazareth, PA 18064-9238 |
| 14546371 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downey Flake, Allentown, PA 18103 |
| 14546378 | | WestGUARD Insurance Company, PO Box 785570, Philadelphia, PA 19178-5570 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jan 30 2021 06:13:00 | LYNN E. FELDMAN, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104-4603 |
| smg | | EDI: PENNDEPTREV | Jan 30 2021 06:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2021 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2021 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14546361 | | EDI: BANKAMER.COM | Jan 30 2021 06:13:00 | Bank Of America, PO BOX 982238, El Paso, TX 79998 |
| 14546362 | + | EDI: CITICORP.COM | Jan 30 2021 06:13:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14546364 | + | EDI: CITICORP.COM | Jan 30 2021 06:13:00 | Citi Cards/Citibank, PO BOX 6241, Sioux Falls, SD 57117-6241 |
| 14546365 | | EDI: DISCOVER.COM | Jan 30 2021 06:13:00 | Discover Financial Services, PO BOX 15316, Wilmington, DE 19850 |
| 14546366 | + | EDI: FORD.COM | Jan 30 2021 06:13:00 | Ford Motor Credit, PO BOX 542000, Omaha, NE |

District/off: 0313-4                                         User: admin                                              Page 2 of 3

Date Rcvd: Jan 29, 2021                                     Form ID: 318                                              Total Noticed: 26

| | | | | 68154-8000 |
|---|---|---|---|---|
| 14546367 | | EDI: JPMORGANCHASE | Jan 30 2021 06:13:00 | JPMCB card, PO BOX 15369, Wilmington, DE 19850 |
| 14546372 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2021 01:46:00 | PNC Bank, PO BOX 3180, Pittsburgh, PA 15230 |
| 14546373 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2021 01:46:00 | PNC Bank, N.A, Consumer Loan Center, BR-YB58-01-5, PO BOX 5570, Cleveland, OH 44101 |
| 14546376 | + | EDI: RMSC.COM | Jan 30 2021 06:13:00 | SYNCB/Lowes, PO BOX 956005, Orlando, FL 32896-0001 |
| 14546375 | + | Email/Text: lhunsaker@sofi.org | Jan 30 2021 01:46:00 | Sofi, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7284 |
| 14546377 | + | EDI: WFFC.COM | Jan 30 2021 06:13:00 | Wells Fargo, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14546370 | *+ | Maria Lombardo, 435 Shoeneck Ave., Nazareth, PA 18064-9238 |
| 14546360 | ## | Almighty Trucking LLC, 100 N, Wilkes-Barre Blvd., Suite 410, Wilkes Barre, PA 18702-5235 |
| 14546374 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021                          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Salvatore Lombardo claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                    User: admin                        Page 3 of 3

Date Rcvd: Jan 29, 2021                 Form ID: 318                        Total Noticed: 26

TOTAL: 5

**Information to identify the case:**

Debtor 1    Salvatore Lombardo

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–2482

EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:    20–13935–pmm

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Salvatore Lombardo
aka Sal Lombardo, aka Salvatore Lombardo, aka
Salvatore Lombardo Jr.

1/28/21

**By the court:**    Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---